IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 19-1038-WS-C |
| ) | |
| ILA LOCAL 140 INTERNATIONAL ) | |
| LONGSHOREMEN'S ASSOCIATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the parties' joint stipulation, (Docs. 35, 36), and pursuant to Rule 41(a)(1)(A)(ii), this action is **dismissed with prejudice**.

DONE and ORDERED this 22nd day of October, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE